# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CORTEZ REED**
**ADC #661395**                                                     **PLAINTIFF**

v.                          No. 5:19-cv-135-DPM

**MARK GOBER, Sheriff, Drew County;**
**SEWZAN POTS, Head Jailer, Drew**
**County;   BRIAN SLAUGHTER, Chief**
**Deputy, Monticello;   and DOE, "Mr. Jim,"**
**Transporter, Monticello**                          **DEFENDANTS**

## ORDER

The Court adopts Magistrate Judge Ray's unopposed recommendation, № 14.   FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).   Reed's complaint, as amended, will be dismissed without prejudice for failure to state a claim.   This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).   An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9  December 2019