# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CORTEZ REED
ADC #661395                                                                PLAINTIFF

v.                          No. 5:19-cv-135-DPM

MARK GOBER, Sheriff, Drew County;
SEWZAN POTS, Head Jailer, Drew
County;  BRIAN SLAUGHTER, Chief
Deputy, Monticello;  and DOE, "Mr. Jim,"
Transporter, Monticello                                                    DEFENDANTS

## JUDGMENT

Reed's complaint and amended complaint are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 December 2019